IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRANCE L MCCLOUD,

    Plaintiff,

v.                                          CASE NO. 4:10-cv-00461-MP -WCS

WALTER MCNEIL,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, which recommends that plaintiff's complaint, Doc. 1, be dismissed without prejudice for failure to comply with court orders and failure to prosecute. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 14, is ADOPTED and incorporated herein.

    2.    Plaintiff's complaint, Doc. 1, is DISMISSED without prejudice.

    **DONE AND ORDERED** this   *9th* day of May, 2011

                                            *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge